IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

__Allan Thompson__
(ENTER ABOVE THE NAME OF THE PLAINTIFF IN THIS ACTION)

IF THE PLAINTIFF IS A PRISONER:   PRISONER # __739-068__

vs.

__Warden, Leunike (Lebanon)__
(ENTER ABOVE THE NAME OF THE DEFENDANT IN THIS ACTION)

IF THERE ARE ADDITIONAL DEFENDANTS PLEASE LIST THEM:

__Ellen Myers (Warden's Assistant)__

1:23CV642.

J. HOPKINS

M.J. BOWMAN

**RECEIVED**

OCT 0 4 2023

RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

**COMPLAINT**

I. PARTIES TO THE ACTION:

PLAINTIFF: PLACE YOUR NAME AND ADDRESS ON THE LINES BELOW. THE ADDRESS YOU GIVE MUST BE THE ADDRESS THAT THE COURT MAY CONTACT YOU AND MAIL DOCUMENTS TO YOU. A TELEPHONE NUMBER IS REQUIRED.

__Allan Thompson # 739-068__
NAME - FULL NAME PLEASE - PRINT

__Lebanon Correctional P.O. Box 56__
ADDRESS: STREET, CITY, STATE AND ZIP CODE

__Lebanon, Ohio 45036__

( )
TELEPHONE NUMBER

IF THERE ARE ADDITIONAL PLAINTIFFS IN THIS SUIT, A SEPARATE PIECE OF PAPER SHOULD BE ATTACHED IMMEDIATELY BEHIND THIS PAGE WITH THEIR FULL NAMES, ADDRESSES AND TELEPHONE NUMBERS. IF NO ADDITIONAL PLAINTIFFS EXIST CONTINUE WITH THIS FORM.

PAGE 2 AND 3 OF THIS FORM DEAL ONLY WITH A PLAINTIFF THAT IS INCARCERATED AT THE TIME OF FILING THIS COMPLAINT.

-1-

IF YOU ARE A PRISONER FILING A CIVIL SUIT THE FOLLOWING INFORMATION IS REQUIRED:

PREVIOUS LAWSUITS:

A. HAVE YOU BEGUN OTHER LAWSUITS IN STATE OR FEDERAL COURT DEALING WITH THE SAME FACTS INVOLVED IN THIS ACTION OR OTHERWISE RELATING TO YOUR IMPRISONMENT? YES ( ) NO (X)

B. IF YOUR ANSWER TO A IS YES, DESCRIBE THE LAWSUIT IN THE SPACE BELOW. (IF THERE IS MORE THAN ONE LAWSUIT, DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THE SAME OUTLINE.)

1. PARTIES TO THIS PREVIOUS LAWSUIT

   PLAINTIFFS:
   N/A

   DEFENDANTS:
   N/A

2. COURT (IF FEDERAL COURT, NAME THE DISTRICT: IF STATE COURT, NAME THE COUNTY)
   N/A

3. DOCKET NUMBER
   N/A

4. NAME OF THE JUDGE TO WHOM THE CASE WAS ASSIGNED
   N/A

5. DISPOSITION (FOR EXAMPLE, WAS THE CASE DISMISSED? WAS IT APPEALED? IS IT STILL PENDING?)
   N/A

6. APPROXIMATE DATE OF THE FILING OF THE LAWSUIT
   N/A

7. APPROXIMATE DATE OF THE DISPOSITION
   N/A

PLACE OF PRESENT CONFINEMENT

A. IS THERE A PRISONER GRIEVANCE PROCEDURE IN THIS INSTITUTION? YES (X) NO ( )

B. DID YOU PRESENT THE FACTS RELATING TO YOUR COMPLAINT IN THIS STATE PRISONER GRIEVANCE PROCEDURE? YES (X) NO ( )

C. IF YOUR ANSWER IS YES:

1. WHAT STEPS DID YOU TAKE?

I filed informal complaint, a grievance, as well as unanswered kites to inform the defendants I was in danger of being harmed.

2. WHAT WAS THE RESULT?

My kites went unanswered & they showed "deliberate indifferences" to my pleas, and I was released into population & harmed.

D. IF YOUR ANSWER IS NO, EXPLAIN WHY NOT.

N/A

E. IF THERE IS NO PRISON GRIEVANCE PROCEDURE IN THIS INSTITUTION, DID YOU COMPLAIN TO PRISON AUTHORITIES? YES (X) NO ( )

F. IF YOUR ANSWER IS YES:

1. WHAT STEPS DID YOU TAKE?

As I stated, I informed the defendants of that I need P.C. & to be transferred due to hits out on me here.

2. WHAT WAS THE RESULT?

They ignored my pleas for help & let me into population where I fought 3 times, fractured hand, split my eyes & got my head stomped & received black eyes & now have constant headaches.

-3-

DEFENDANTS:

PLACE THE NAME AND ADDRESS OF EACH DEFENDANT YOU LISTED IN THE CAPTION ON THE FIRST PAGE OF THIS COMPLAINT. THIS FORM IS INVALID UNLESS EACH DEFENDANT APPEARS WITH FULL ADDRESS FOR PROPER SERVICE.

1. Warden, Leunike (Lebanon)
   NAMES - FULL NAME PLEASE
   P.O. Box 56, Lebanon, Ohio 45036
   ADDRESS - STREET, CITY, STATE AND ZIP CODE

2. Ellen Myers (Warden's Assistant)
   P.O. Box 56, Lebanon, Ohio 45036

3.

4.

5.

6.

IF THERE ARE ADDITIONAL DEFENDANTS, PLEASE CONTINUE LISTING THEM.

-4-

# STATEMENT OF CLAIM

PLEASE WRITE AS BRIEFLY AS POSSIBLE THE FACTS OF YOUR CASE. DESCRIBE HOW EACH DEFENDANT IS INVOLVED. INCLUDE THE NAME OF ALL PERSONS INVOLVED. GIVE DATES AND PLACES.

DO NOT GIVE ANY LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES.

IF YOU HAVE A NUMBER OF DIFFERENT CLAIMS; PLEASE NUMBER AND SET FORTH EACH CLAIM IN A SEPARATE PARAGRAPH. USE AS MUCH SPACE AS YOU NEED. YOU ARE NOT LIMITED TO THE PAPERS WE GIVE YOU. ATTACH EXTRA SHEETS THAT DEAL WITH YOUR STATEMENT CLAIM IMMEDIATELY BEHIND THIS PIECE OF PAPER.

## CLAIM #1: "Failure to Protect"

I, inmate Allan Thompson, #739-068, sent several kites & informal complaints informing defendants that my safety was in danger at this prison due to the Bloods & Crips having a hit out on me and my life here, and requested to be placed in protective custody and transferred to another prison. They showed "deliberate indifferences" to my safety and sent me back to general population on the date of 9/6/23, to 1-J-31, where I fought several Bloods & Crips from 11:45 A.M. to 5:15 P.M. in cell 1-J-31. My injuries consist - "currently" - of my hand being nearly broken; my eyes being split; and the both of my eyes being black and blue due to me being stomped and kicked in my head and face while on the cell floor (injuries documented at medical). I am constantly having headaches from my attacks & beatings & mental & emotional distress from these attacks and the fact that the officers on duty did not secure my cell and had allowed for other inmates to take & steal all of my belongings once I was transferred to segragation. The defendants had a duty to protect me from the violence and harm of these inmates, pursuant to the Eighth Amendment, due to them being made aware of this threat to my safety, and had placed me back in population and

(Also Assaulted in front of Captains office on the way to chow, by a Blood at 7:00 PM 9/6/23 NEVER pushed back they lied in the ticket)

(Continued on next page)

-5-

(Page 5 Continued)

failed to protect me. Therefore, they are/were personally involved, and must be held liable under 42 USC 1983. These same defendants, as well as majority of the prison officials here, are, "currently," showing "deliberate indifferences" to other inmates who are requesting Protective Custody and a prison transfer due to there being substantial risk of them being harmed if placed back in general population and have not 'yet' been harmed, but their pleas for help are being ignored. I could have "died" - accidentally killed - in that cell from being stomped and kicked in my head and face during these attacks on me and my life. The safety of the inmates here being ignored by the warden and prison officials is a big problem that needs to be addressed by the proper official authorities. I am moving this Honorable Court to hold these defendants liable for my injuries under 42 USC 1983.

*Allan Thompson* #
Allan Thompson 739-068

(Page 5 Continued)

## RELIEF

IN THIS SECTION PLEASE STATE (WRITE) BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT, CITE NO CASES OR STATUTES.

Due to the seriousness of my physical injuries and mental and emotional distress and the fact that I could have accidentally lost my life from repeatedly having my head stomped on, I am seeking the relief of $150,000.00 dollars in compensatory damages - jointly and individually - from each defendant and $200,000.00 dollars in punitive damages - jointly and individually - from each defendant; plus the cost of attorney fees shall we proceed to trial. I seek an injunction of me being placed on P.C. to where I cell alone, with no cellie from general population that can be paid to harm me, until I can be transferred to a prison where I am safe from harm. I also seek an injunction for the court to order this prison to keep & preserve the video recordings on J-Block from the date of this incident to be used for any future court hearings and for the prison to modify their policies & procedures when it comes to protecting inmates requesting P.C.

SIGNED THIS 15th DAY OF September 2023.

*Allan Thompson*
SIGNATURE OF PLAINTIFF

-6-