IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ALLAN THOMPSON,

    *Plaintiff*,

vs.

WARDEN LEUNIKE, *et al.*,

    *Defendant*.

Case No. 1:23-cv-642

Judge Jeffery P. Hopkins

## JUDGMENT IN A CIVIL CASE

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action was decided by the Court without a trial or hearing.

**IT IS ORDERED AND ADJUDGED** that pursuant to the December 10, 2025 Order Adopting Report and Recommendation, the Court **ADOPTS** the Report and Recommendation (Doc. 26) in its entirety.  The Defendant's Motion for Summary Judgment (Doc. 23) is **GRANTED**. The Clerk is **ORDERED** to terminate this case from the docket.

Dated:  December 10, 2025

Richard W. Nagel, Clerk of Court
By: /s M. Rogers
Deputy Clerk